ACCEPTED
03-11-00807-CV
4882023
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 1:53:01 PM
JEFFREY D. KYLE
CLERK

## NO. 03-11-00807-CV

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/14/2015 1:53:01 PM
JEFFREY D. KYLE
Clerk

# IN THE THIRD COURT OF APPEALS OF TEXAS

### JANOS FARKAS,
*Appellant*

v.

### SECOND CONGRESS, LTD
*Appellee*

---

APPEAL FROM THE 261st DISTRICT COURT
TRAVIS COUNTY, TEXAS
TRIAL COURT CAUSE NO. D-1-GN-10-003632

---

## AGREEMENT TO DISMISS

---

Pursuant to TEX. R. APP. P. 42.1(a)(2) and 18.1(c), Appellant Janos Farkas and Appellee Second Congress, Ltd. (collectively "Parties", individually "Party") respectfully state:

1. This appeal is from the judgment entered in Cause No. D-1-GN-10-003632, in the 261st District Court, Travis County, Texas on August 11, 2011 ("underlying case").

2. Appellant timely appealed and this appellate Court issued a memorandum opinion on this and two related appeals on April 25, 2014.

AGREEMENT TO DISMISS                                                          1

3. Appellant filed a motion for rehearing on July 11, 2014. No decision has been rendered by the Court on Appellant's motion for rehearing.

4. The Parties have since entered into a settlement agreement concerning the underlying case and related proceedings and seek to dismiss the cause.

5. The Parties request that costs be assessed against the Party that incurred them.

6. The Parties do not request that the mandate issue early.

For these reasons and by agreement of the Parties as evidenced by the signatures of their counsel below, the Parties request the Court grant an Order dismissing the cause and taxing the costs of appeal against the party incurring them.[1]

Respectfully submitted,

Robert L. Kaminski
SBN: 00784367
SAVRICK  SCHUMANN  JOHNSON
MCGARR KAMINSKI & SHIRLEY, LLP
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735
(512) 347-1604 (TEL)
(512) 347-1676 (FAX)
bob@ssjmlaw.com

Attorneys for Appellee Second
Congress, Ltd.

David A. Rogers
SBN: 24014089
LAW OFFICE OF DAVID ROGERS
1201 Spyglass, Suite 100
Austin, Texas 78746
(512) 923-1836 (TEL)
(512) 201-4082 (FAX)
darogers@aol.com

Mr. William B. Gammon
SBN: 07611280
Gammon Law Office, P.L.L.C.
1201 Spyglass Drive, Suite 100

---

[1] Dismissal of related cause 03-14-00108-CV is being sought by separate pleading/motion.

Austin, TX 78746
(512) 472-8909 (TEL)
(888) 545-4279 (FAX)
billgammon@mac.com

Attorneys for Appellant Janos Farkas

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served in accordance with Tex. R. App. P. 9.5 and Local Rule 4 in the manner indicated below on April 14, 2015:

*Attorney for Appellee*
Robert L. Kaminski (via e-serve)
SAVRICK SCHUMANN JOHNSON MCGARR KAMINSKI & SHIRLEY, LLP
The Overlook at Gaines Ranch
4330 Gaines Ranch Loop, Suite 150
Austin, Texas 78735

/s/ David A. Rogers
David A. Rogers